**CT**
a Wolters Kluwer business

CT
111 Eighth Avenue
13th Floor
New York, NY 10011

212.894.8960 tel

July 03, 2012

```
U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
      FILED
      JUL 10 2012
CLERK, U.S. DISTRICT COURT
By_____
      Deputy
```

Cassandra Sepanik
Thompson & Knight LLP
1722 Routh Street,
Suite 1500,
Dallas, TX 75201

Re: Vitro, S.A.B. de C.V., Debtor in a Foreign Proceeding // To: Unknown

Case No. 11CV3554F

Dear Sir/Madam:

C T Corporation System received the enclosed Notice, Service List.

Neither the document(s) nor the envelope indicates the name of the entity for which the document(s) is intended. Our company is agent for thousands of companies and cannot determine the party to which the document(s) is to be forwarded unless the document(s) is directed to a particular entity.

Accordingly, we are returning the document for further disposition.

Very truly yours,


Christopher Tilton
Service of Process Head

Log# 520799519

cc: Northern District of Texas - U.S. District Court
    U.S. Courthouse,
    Room 14A20,
    1100 Commerce Street,
    Dallas, TX 75242-1003